UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Marc William Aisen,

Petitioner,

Case Number: 24-cv-13070
Honorable F. Kay Behm

v.

Michael Bouchard,

Respondent.
_______________________________/

**OPINION AND ORDER DENYING PETITIONER'S MOTION FOR DISQUALIFICATION OF JUDGE (ECF No. 32)**

Petitioner Marc William Aisen filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his prosecution in the Oakland County Circuit Court for using a computer to commit a crime, Mich. Comp. Laws § 752.797(3)(c), and unlawful posting of a message, Mich. Comp. Laws § 750.411s(2)(a). On August 19, 2025, the Court dismissed the petition as duplicative of Aisen's two previously filed habeas petitions. *See Aisen v. Bouchard*, No. 4:24-CV-12763, 2025 WL 1225818, at *3 (E.D. Mich. Apr. 28, 2025); *Aisen v. Michigan*, No. 4:25-CV-10471, 2025 WL 1364385, at *1 (E.D. Mich. Apr. 17, 2025) (Behm, J.). Petitioner has now filed a motion for disqualification of the state court judge presiding over his criminal case. (ECF No. 32.)

A petitioner may not challenge the same conviction and sentence in two separate habeas petitions. Because Petitioner attempted to do so here, the Court dismissed the petition. The duplicative nature of the petition means that Petitioner's challenge to the underlying state criminal proceeding was not properly before the Court in this case. This case therefore is not the proper vehicle for considering a motion concerning the state criminal proceeding. Accordingly, the Court **DENIES** the motion for disqualification of judge (ECF No. 32). This case remains closed.

**SO ORDERED**.

Date: August 14, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge